UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  FLOYD WHITE                               CASE NO: DK-10-04203
        4701 CAMBRIA RD                           Chapter 13
        HILLSDALE, MI 49242                       HON. SCOTT W. DALES
                                                  Filed: Mar 31, 2010

## AMENDED TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

NOW COMES, Barbara P. Foley, Chapter 13 Trustee ("Trustee") and files her Motion to Dismiss for the following reasons:

FAILURE TO MAKE PAYMENTS ACCORDING TO THE CHAPTER 13 PLAN. THE LAST PAYMENT OF $600.00 WAS RECEIVED ON JULY 20, 2010. PAYMENTS SHOULD BE $600.00 MONTHLY. THE PLAN ARREARS FOR THIS PRE-CONFIRMATION CASE ARE $1,200.00. FAILURE TO PROVIDE EVIDENCE THAT THE DEBTOR(S) HAVE OBTAINED THE CERTIFICATE OF CREDIT COUNSELING WITHIN 180 DAYS PRIOR TO FILING. FAILURE TO ATTEND THE 341 MEETING ON MAY 5, 2010, JULY 21, 2010 AND AUGUST 18, 2010. FAILURE TO FILE A CONFIRMABLE PLAN.

WHEREFORE, your Trustee respectfully prays:

A.  That this Court enter an Order dismissing the {Debtor's} Chapter 13 Case.

B.  That this Court grant such other relief as it finds just and equitable.


Sep 17, 2010                                      /s/ Barbara P. Foley
                                                  Barbara P. Foley (P34558)
                                                  CHAPTER 13 TRUSTEE
                                                  415 W Michigan Ave
                                                  Kalamazoo, MI 49007
                                                  (269)343-0305


This document has been electronically filed with the Court and the Attorney for Debtor and mailed to the Debtor.

Attorney for Debtor:
    PRO SE